UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PASCAL BEAUDOIN, BRANDY WATKINS,
CAROL FOURNIER, as Executor/Liquidator
of the Estate of JACQUES FOURNIER and
MARTINE PAUL as Tutrix to the Infants
GUILLAUME FOURNIER and FREDERICK          3:06cv1159(TJM)(DEP)
FOURNIER,
                              Plaintiffs,

                                           ~~~~~~~~ ORDER

            -against-

A. D. BOWMAN & SONS LUMBER CO.,
INC. and DONALD H. WATERS,

                              Defendants.

DONALD H. WATERS,

            Third Party Plaintiff,

            -against-

L'EXPRESS DU MIDI, INC.,

            Third Party Defendant.
----------------------------------------------------------X

        A motion for summary judgment, having been duly brought on by defendant A.D.

BOWMAN & SONS LUMBER CO., INC. and said motion having been heard by the Court on

December 28, 2007, after due deliberation,

it is hereby

        ORDERED, that said motion is denied in its entirety.


Dated: Binghamton, NY
        January / 8 , 2008


_____
            USDJ

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAN 1 8 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton